# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO.  04-507-1 |
| | : | |
| JAMAL LEWIS | : | |

# ORDER

**AND NOW**, this 22nd day of December 2025, upon considering defendant Jamal Lewis's motion to vacate and correct his sentence (DI 131), and the government's response in opposition (DI 146), and for the reasons in the accompanying memorandum, it is **ORDERED**:

1. Mr. Lewis's motion (DI 131) is **DENIED**.

2. The Clerk of Court shall mark this matter **closed.**

/s/ *John F. Murphy*
**MURPHY, J.**